G. HILLIARD ROSS, EXECUTOR, ETC., APPELLANT, v. MAYOR AND COUNCIL OF THE BOROUGH OF EDGE-WATER ET AL., RESPONDENTS.

Argued February 6, 1936—Decided May 18, 1936.

For the appellant, *William A. Kirk.*

For the respondents, *Milton T. Lasher.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, LLOYD, DEAR, WOLFSKEIL, RAFFERTY, JJ. 6.

*For reversal*—CASE, BODINE, DONGES, HETFIELD, WELLS, JJ. 5.